# EXHIBIT 2

Sam,

Thank you for visiting us yesterday.
Omron team shared your scenario and understood the current status for transfer plan.

I summarized the meeting minutes.
Please let me know if there is anyting wrong or missing.

Meeting date/time, place
Dec. 09, 2015 15:00-17:00, @2401 meeting room, Omron Yasu

attendees
Sam Anderson, Ishiguro san
Omron Yasu : Yoshikawa san, Kobayashi san, Nakasaka san and Ito

Follow up:
* IceMOS send the proposal for payment term to Omron  with estimated forecast for inventory build <Sam: ckpt end of Jan 2016>
* Omron investigate possibility of utilizing the DRIE for MEMS < Ito: ckpt end of Jan 2016>
* GWS feedback the results of Aeroflex meeting with forecast for inventory build to Omron <Sam. Jan 7, 2016>
* GWS inform Omron of updated infromation about transfer to TJP when it's available. < Sam: ckpt end of Jan 2016>

1. SuperJunction

New foundry partner
- not been decided yet, but will decide in 1Q2016
- CNS IC project has not been executed as planned. The new fab in Vietnam will be ready around in 2018.
- Gen.3, under development at Belfast, will be transferred to new foundry partner
- Gen 1, under production at Omron Yasu,  will be end-of-life with inventory build for 2-3 years demand

Invdentory build for Gen.1
- Purchase Orders will be issued by IceMOS to Omron in 3Q2016 assuming that new foundry partner will be deciced in 1Q2016 and negotiations with customers in 2Q2016
- 2-3 years of demand will be required.
- The inventory build will be manufactured by Omron Yasu in 3Q2016-1Q2017. Last wafer will be shipped to IceMOS by Mar. 31, 2017
- roughly 2,000 wafers estimated
- IcMOS will request Omron to change payment terms for the inventory build because Omron terminate one year advanced, Omron officially informed IceMOS of the termination in Mar. 2015. Though supply agreement shows at least three years required prior to termaination, Omron stated to terminate on Mar. 31, 2017. It's not three years but two years.
* IceMOS send the proposal for payment term to Omron  with estimated forecast for inventory build

DRIE

- IceMOS purchased and installed a DRIE in Omron Yasu facility.  If IceMOS decide the 6-inch fab in new foundry partner for Gen.3 Super Junction, the DRIE will be not utilized in the new foundry partner.
* Omron investigate possibility of utilizing the DRIE for MEMS

MEMS foundry
- IceMOS requested Omron to continue MEMS foundry for IceMOS
- Omron respondded " yes.  within capacity."

2. GWS products

For Aeroflex
- 5 yrs inventory build will be required by Aeroflex
- PO for 5yrs demand will be issued by GWS(Intersil) to Omron in 2016.  Roughly 20-25 lots estimated.
- Aeroflex may request additinal 10 yrs supply.  In this case, Aeroflex may request GWS to find new foundry partner.
- the next meeting between GWS and Aeroflex is planned on Jan. 7, 2016
* GWS feedback the results of Aeroflex meeting with forecast for inventory build to Omron

For Picor/Vicor
- Both GWS and Omron agreed to the following conditions.
- Last order Dec. 31, 2016,  Last wafer shipment  Mar. 31, 2017

For other customers including Intersil
- Intersil may decide to tarnsfer GWS process in foundy partner which will be Tonami fab in TJP, Tower Jazz Panasonic< just infromation as of today>
* GWS inform Omron of updated infromation about transfer to TJP when it's available.


We, Omron do our best to support transfer activities and inventory build for Super Junction and GWS products for Aeroflex.

Thank you
Yoshitake Ito
Omron