WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IceMOS Technology Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Omron Corporation,<br><br>    Defendant. | Case No. CV 17-02575-PHX-JAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DEFER FILING OF ANSWER AND COUNTERCLAIMS** |

    Defendant moved for an extension of time to answer (and file any counterclaims) until after the Court rules on its to-be-filed motion to dismiss for lack of personal jurisdiction. Plaintiff opposes the motion.

    After Defendant moved for an extension of time, Plaintiff filed an amended complaint. The Court does not know whether the filing of the amended complaint impacts Defendant's intention to file a motion to dismiss for lack of personal jurisdiction.

    Assuming Defendant files a motion to dismiss for lack of personal jurisdiction, the Court finds good cause to defer the time to answer. Accordingly,

    **IT IS ORDERED** that Defendant shall answer or otherwise respond to the amended complaint by the time set by the Rules of Civil Procedure.

    **IT IS FURTHER ORDERED** that if Defendant files a motion to dismiss for lack of personal jurisdiction, the time to file an answer and any counterclaim(s) pursuant to General Order 17-08 § A.5 is hereby DEFERRED until 10 days after the Court issues

its order deciding Defendant's to-be-filed motion to dismiss the above-captioned case for lack of personal jurisdiction; hereby granting Doc. 12 to the extent specified in this Order.

**IT IS FURTHER ORDERED** that Defendant's time to serve responses to the mandatory initial discovery under General Order 17-08 § A.6 shall be measured from the date of Defendant's answer/counterclaim(s).

Dated this 29th day of August, 2017.

_____
James A. Teilborg
Senior United States District Judge