**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IceMOS Technology Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Omron Corporation,<br><br>    Defendant. | No. CV-17-02575-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** setting an in-person discovery dispute hearing for Wednesday, May 22, 2019 at 11:00 a.m.

**IT IS FURTHER ORDERED** that by 3:00 p.m., Monday, May 20, 2019, each party shall file a brief, not to exceed seven pages (no exhibits, affidavits or declarations may be included beyond this page limit other than as specified below), addressing Omron's objections to the following 7 categories of documents:

1. Draft expert reports;
2. Documents claimed to be outside the scope of Federal Rule of Civil Procedure 26(b)(4)(C) (Defendant must list by number which Rule 45 subpoenas are implicated by this objection);
3. Five years of each experts' reports;
4. Five years of each experts' transcripts;
5. Five years of each experts' bills;
6. Five years of each experts' declined engagements; and

7. Five years of each experts' use marketing or referral services.

**IT IS FURTHER ORDERED** that Plaintiff shall attach to its brief the 97 Rule 45 subpoenas (or categories therein) at issue and a copy of Defendant's objection thereto.

**IT IS FURTHER ORDERED** that, to the extent counsel for Defendant has undertaken acting on behalf of the experts with respect to categories 3 through 7, Defendant shall attach to its brief a supplement to its objection that complies with Federal Rule of Civil Procedure 45(e)(2). Defendant shall also by this date comply with Federal Rule of Civil Procedure 34(b)(2)(C) if it applies.

Dated this 16th day of May, 2019.

*/s/ James A. Teilborg*
James A. Teilborg
Senior United States District Judge